IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v. INFORMATION

3:26mj231

KEITH DUBOSE
and
KELAIAH N. GALLOWAY
_______________________________/

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

On or about December 9, 2025, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station Pensacola, Florida, the defendants,

KEITH DUBOSE
and
KELAIAH N. GALLOWAY

did attempt to embezzle, steal, purloin, or knowingly convert to their own use or the use of another, property of the United States of a value less than One Thousand Dollars ($1,000), to wit: commodities from the Pensacola Navy Exchange Mall, 5600 Highway 98 West, Pensacola , Florida, 32507, in violation of Title 18, United States Code, Sections 641 and 2.

FILED USDC FLND PN JFJ
JUL 7 '26 PM3:26

**COUNT TWO**

On or about December 14, 2025, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station Pensacola, Florida, the defendants,

**KEITH DUBOSE**
**and**
**KELAIAH N. GALLOWAY**

did embezzle, steal, purloin, or knowingly convert to their own use or the use of another, property of the United States of a value less than One Thousand Dollars ($1,000), to wit: commodities from the Pensacola Navy Exchange Mall, 5600 Highway 98 West, Pensacola , Florida, 32507, in violation of Title 18, United States Code, Section 641.

**COUNT THREE**

On or about December 24, 2025, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station Pensacola, Florida, the defendants,

**KEITH DUBOSE**
**and**
**KELAIAH N. GALLOWAY**

did attempt to embezzle, steal, purloin, or knowingly convert to their own use or the use of another, property of the United States of a value less than One Thousand Dollars ($1,000), to wit: commodities from the Pensacola Navy Exchange Mall, 5600

Highway 98 West, Pensacola , Florida, 32507, in violation of Title 18, United States Code, Sections 641 and 2.

(for)
JOHN P. HEEKIN
United States Attorney

**7/7/2026**
DATE